JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, <br><br> Plaintiff, <br><br> vs. <br><br> RITE AID CORP. dba RITE AID #05585; THRIFTY PAYLESS, INC. dba RITE AID #05585; WILLIAM J. KNIGHT, TRUSTEE of the WILLIAM J. KNIGHT LIVING TRUST DATED MAY 11, 2000, <br><br> Defendants. | ) CASE NO. CV 13-00288 MMM (Ex) <br> ) <br> ) JUDGMENT FOR PLAINTIFF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

On May 15, 2013, the court dismissed defendants Rite Aid Corp. dba Rite Aid #05585 and Thrifty Payless, Inc. dba Rite Aid #05585 pursuant to the parties' stipulation. On January 17, 2014, the court entered an order granting plaintiff Martin Vogel's motion for default judgment against defendant William J. Knight, trustee of the William J. Knight Living Trust dated May 11, 2000. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiff recover $12,000 in statutory damages under the Unruh Civil Rights Act from Knight;

2. That plaintiff recover $1,320 in attorneys' fees from Knight;

3. That plaintiff recover $419.20 in costs from Knight;

4. That Knight is enjoined to reduce all access aisle slopes and cross-slopes that exceed 2.0% by installing ramps, create a van-accessible parking space that is appropriately labeled, install compliant restroom door handles, post a compliant sign on the restroom door, insulate pipes under restroom sinks, and reposition the paper towel and disposable seat cover dispensers in the restroom, to the extent he has the power to do so under the terms of any applicable lease agreement and state law; and

5. That the action be, and is hereby, dismissed.

DATED: January 17, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2